IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF KANSAS

DONALD L. BROWN II

VS

ROGER WERHOLTZ,

CASE NO. 19 3036 SAC

**FILED**
FEB 10 2020
Clerk, U.S. District Court
By: _____ Deputy Clerk

## NO REMEDY AVAILABLE

THE PETITIONER HAS NOT RECIEVED ANY CORRESPONDANCE FROM THE STATE DISTRICT COURT CONCERNING THE MOTION, AND WAS UNAWARE OF IT'S DENIAL ON JAN 6, 2020. THE PETITIONER CAN NOT PRESENT AN ORDER HE DOSE NOT HAVE. IF TRUE, THAT THE MOTION WAS DENIED ON JAN 6, 2020, THE PETITIONER IS OUT OF THE TIME LIMITATIONS AND IS NOT INTITLED TO AN APPEAL BY KANSAS LAW, THE DEFENDANT HAS 14 DAYS TO FILE A NOTICE OF APPEAL.

THE PETITIONER WOULD NORMALLY APPEALED SUCH AN ORDER AND WILL SEND THAT NOTICE TO THE STATE DISTRICT COURT REGAURDLESS OF IT'S BEING OUT OF TIME, KNOWING THAT THE COURT WILL SIMPLE REJECT IT AS CITIED ABOVE. SEE ATTACHED "NOTICE OF APPEAL"

THEREFORE, THE PETITIONER SHOWS THAT BARRING A CHANGE OF MIND BY THE STATE DISTRICT COURT, THIS PETITIONER HAS NO REMEDY AVAILABLE TO HIM IN THE STATE OF KANSAS COURTS.

THE PETITIONER REQUESTS RESUBMISSION OR A REHEARING FOR APPOINTMENT OF COUNSEL BASED UPON "THE INTRESTS OF JUSTICE, SO REQUIRES" IT AND THAT THE PETITIONER IS FINANCIALLY ELIGIBLE FOR SUCH AN APPOINTMENT UNDER 18 USC § 3006 & 28 USC § 2254. IN SUPPORT OF COUNSEL THE PETITIONER STATES THE FOLLOWING HE IS INDIGENT AND IS WITHOUT ADQUIT ACCESS TO AN EQUIPPED LAW LIBRARY AS PROVIDED IN A KANSAS PRISON, HERE IN ARIZONA AND IS STILL WITHOUT LEGAL KNOWLEDGE,

TRAINING, OR UNDERSTANDING OF FEDERAL SYSTEM LAWS, RULES, AND GENERAL COURT PROCEDURES IN A 2254, THEREFORE THE PETITIONER NEED'S THIS HONORABLE COURT TO ACT TO PROVENT FURTHER INJUSTICE OF THE EIGHT GROUNDS FOR RELIEF, WHICH ARE BEFORE THIS HONORABLE COURT AND PROVENT FURTHER DELAY OF DUE PROCESS.

WHEREFORE, THE PETITIONER ASK THE HONORABLE U.S. DISTRICT COURT TO PROCEED AND HOLD A REHEARING ON THE MOTION FOR FEDERAL INDIGENT SERVICES/APPOINTMENT OF COUNSEL BECAUSE THE STATE DISTRICT COURT HAS DENIED EVERY MOTION FILED PROSE BY THE PETITIONER AND WITH THAT CONSISTENCY, IT WILL WITH HIGH POSSIBILITY, JUST DENY THE APPEAL, DO TO THE NOTICE OF APPEAL BEING OUT SIDE THE TIME LIMITATION BY KANSAS STATUE.

SUBMITTED THIS 5 DAY OF FEBRUARY 2020 BY U.S. POSTAL SERVICE.

Donald S Brown II PROSE,

MAIL CORRESPONDANCE TO
DONALD L. BROWN II  99897
SAGUARO CORRECTIONAL CENTER
1252 EAST ARICA RD
ELOY ARIZONA 85131