IN THE UNITED STATES DISTRICT COURT OF KANSAS

DONALD L. BROWN II, PETITIONER,

vs

CASE NO. 19-3036 SAC

ROGER WERHOLTZ RESPONDENT

ATTACHMENT'S (A-D) TO

NO REMEDY AVAILABLE

FILED
JUL -6 2020
Clerk, U.S. District Court
By: _____ Deputy Clerk

THE PETITIONER HAS NOW RECEIVED THE ORDER OF THE DOUGLAS COUNTY COURT, HERE IN AZ ON JULY 01, 2020 SEE C&D CONCLUSIONS OF LAW: THE DEFENDANT'S ARGUMENTS/ISSUES WERE PREVIOUSLY RULED UPON.

THE PETITIONER HAS BEEN ADVISED BY KS UNIT TEAM STAFF THAT HE WILL BE HOUSED IN AZ. FOR AT LEASED THE NEXTED 12 MONTHS.

THE PETITIONER REQUESTS THIS HONOURABLE COURT TO RECONSIDER THE PETITIONER'S MOTION FOR COUNSEL, IN LIGHT OF THIS ORDER AND THAT THE PETITIONER HAS NO KNOWLEDGE OF THE FEDERAL JUDICIAL LAWS, RULES AND COURT PROCEDURES, IS STILL FINANCIALLY ELIGIBLE FOR SUCH AN APPOINTMENT AND QUILIFIES UNDER "THE INTERESTS OF JUSTICE SO REQUIRES" STANDARD.

THE PETITIONER HAS NOT RECEIVED ANY COUNSEL FOR APPEAL AND DOES NOT BELIEVE, HE WILL RECIEVE ANY COUNSEL BASED UPON PREVIOUS REQUESTS NOT BEING HONOURED SEE ROA (A+B);

* BY DENIED REQUEST FOR APPEALS OF DENIED MOTIONS.

WHERE FORE, THE PETITIONER, DONALD L. BROWN II, SHOWS HE HAS EXHAUSTED AVAILABLE STATE REMEDIES ACCORDING TO THE DOUGLAS COUNTY COURT'S CONCLUSIONS OF LAW SEE (D) AND THAT ALL OF MR BROWNS ISSUES HAVE ALREADY BEEN RULED ON BY THE KANSAS JUDICIAL SYSTEM AND THAT MR BROWN IS WITHOUT REMEDY, THE PETITIONER REQUEST'S THIS HONOURABLE COURT TO PLEASE PROCEED WITH A REHEARING ON COUNSEL & MR BROWNS 2254.

SUBMITTED THIS 06 DAY OF JULY 2020 BY U.S. POSTAL SERVICE.

Donald L. Brown II PRO SE