Date:  6/22/2020                          **Douglas County District Court**                          User: JMOORE

Time:  10:22 AM                                            ROA Report

Page 4 of 5                    Case: 2010-CR-000938   Current Judge: Stacey L. Donovan, Division 6

Defendant: Brown, Donald L Jr

State of Kansas  vs.  Donald L Brown Jr

PETITIONER (A)

Felony

| Date | | Judge |
|------|--|-------|
| 11/9/2012 | Hearing result for Hearing held on 11/06/2012 11:30 AM:   Motion Denied ruling | Peggy C. Kittel, Division 6 |
| | Journal Entry : RE--Def's motion to withdraw plea.  Denied | Peggy C. Kittel, Division 6 |
| 11/20/2012 | Notice of Appeal | Peggy C. Kittel, Division 6 |
| | Motion to appoint Appellate Defender's Office | Peggy C. Kittel, Division 6 |
| 11/30/2012 | Attorney Voucher sent to bids $620 (Jilka) | Peggy C. Kittel, Division 6 |
| 12/21/2012 | Order Appointing Appellate Defender | Peggy C. Kittel, Division 6 |
| 1/16/2013 | Bids Paid $620 to jilka | Peggy C. Kittel, Division 6 |
| 1/17/2013 | Correspondence from Appellate Defender office. Wanting Info.  Faxed 1-18-13 | Peggy C. Kittel, Division 6 |
| 2/27/2013 | Order for Transcript | Peggy C. Kittel, Division 6 |
| 3/5/2013 | Certificate of Completion of Transcript | Peggy C. Kittel, Division 6 |
| | Transcript Deposit (4) | Peggy C. Kittel, Division 6 |
| 3/7/2013 | Order for Transcript | Peggy C. Kittel, Division 6 |
| 3/8/2013 | Appellant's Request for Additions to the Appellate Record | Peggy C. Kittel, Division 6 |
| 3/11/2013 | Docketing Notice from Clerk of Appellate Courts filed 13-109417-A | Peggy C. Kittel, Division 6 |
| | Certificate  of Completion | Peggy C. Kittel, Division 6 |
| | Transcript Deposit (1) | Peggy C. Kittel, Division 6 |
| 3/13/2013 | Table of Contents vol 1-6 sent to parties | Peggy C. Kittel, Division 6 |
| 4/26/2013 | Motion for Appointment of Counsel - copy to Div. 6 | Peggy C. Kittel, Division 6 |
| 5/17/2013 | Certificate  of Completion of Transcript | Peggy C. Kittel, Division 6 |
| | Transcript Deposit (1) | Peggy C. Kittel, Division 6 |
| 5/20/2013 | Table of Contents vol 7 sent to parties | Peggy C. Kittel, Division 6 |
| 7/2/2013 | Appellant's Request for additions to the Appellate Record | Peggy C. Kittel, Division 6 |
| 7/3/2013 | Exhibit -- Def's 1 & 2 -- Added to Appeal file | Peggy C. Kittel, Division 6 |
| | Table of Contents vol 8 sent to parties | Peggy C. Kittel, Division 6 |
| 7/9/2013 | Appellant's Request for additions to the Appellate Record | Peggy C. Kittel, Division 6 |
| | Table of Contents Vol 9 sent to parties | Peggy C. Kittel, Division 6 |
| 3/19/2015 | Mandate | Peggy C. Kittel, Division 6 |
| 5/26/2015 | Amended Motion to arrest judgment | Peggy C. Kittel, Division 6 |
| 6/29/2015 | Motion to expedite ruling | Peggy C. Kittel, Division 6 |
| 2/17/2016 | Memorandum Decision Denying Def Motion To Arrest Jdgmnt For Trans to Appt Counse    ORD: Order Originated by Judge | Peggy C. Kittel, Division 6 |
| 2/29/2016 | ✶ Notice of Appeal | Peggy C. Kittel, Division 6 |
| | ✶ Motion to appoint counsel | Peggy C. Kittel, Division 6 |
| | Motion to stay and consolidate | Peggy C. Kittel, Division 6 |
| 8/30/2016 | Application for Appointed Defense Services | Peggy C. Kittel, Division 6 |
| | Motion to Inspect Physical Evidence Pursuant to KSA 21-2512 & KSA 22-3212.a | Peggy C. Kittel, Division 6 |
| | Motion for Discovery | Peggy C. Kittel, Division 6 |

Date: 6/22/2020     **Douglas County District Court**     User: JMOORE

Time: 10:22 AM     ROA Report

Page 5 of 5     Case: 2010-CR-000938  Current Judge: Stacey L. Donovan, Division 6

Defendant: Brown, Donald L Jr

State of Kansas  vs.  Donald L Brown Jr

*(β)*

Felony

| Date | | Judge |
|---|---|---|
| 8/31/2016 | NOTE: sent Order Appointing Counsel with Application and Motions to Div 6 | Peggy C. Kittel, Division 6 |
| 1/26/2017 | Order Deny Pro Se Mot's Appt of Atty Inspection of Evidence and Discovery  ORD: Order Originated by Judge | Peggy C. Kittel, Division 6 |
| 2/15/2017 | Motion to appoint counsel | Peggy C. Kittel, Division 6 |
|  | Notice of Appeal | Peggy C. Kittel, Division 6 |
| 9/13/2018 | Motion for Appointment of Appellate Counsel | Peggy C. Kittel, Division 6 |
| 10/1/2018 | Motion to Correct Illegal Sentence | Peggy C. Kittel, Division 6 |
| 2/6/2019 | Letter of Additional Authority | Peggy C. Kittel, Division 6 |
| 2/13/2019 | Motion for Judgment On the Pleadings | Peggy C. Kittel, Division 6 |
| 2/21/2019 | Letter of Additional Authority | Peggy C. Kittel, Division 6 |
| 12/2/2019 | MOT: Motion (Generic) To Compel The Court To Action | Peggy C. Kittel, Division 6 |
| 12/6/2019 | NOTE: Mailed Copy of Filed Motion | Peggy C. Kittel, Division 6 |
| 1/6/2020 | ORDER DENYING DEFENDANT'S MOTION TO CORRECT ILLEGAL SENTENCE, MOTION FOR JUDGMEN   ORD: Order (Generic) | Peggy C. Kittel, Division 6 |
| 1/13/2020 | Return to Sender Order Denying Defendant's Motion to Correct Illegal Sentence | Peggy C. Kittel, Division 6 |
| 2/14/2020 | Notice of Appeal and Appointment of Appellate Counsel   NOT: Notice - No Sheriff Service Required | Peggy C. Kittel, Division 6 |
| 3/24/2020 | Judge: Retired (batch process) | |
| 3/25/2020 | Judge: Administrative Reassign (batch process) | |

Peggy C. Kittel, Judge

Linda Koester-Vogelsang
Court Administrator
785-832-5264

Douglas A. Hamilton
Clerk of the District Court
785-832-5256

(c)   **ELECTRONICALLY FILED**
2020 Jan 06 AM 10:10
**DOUGLAS COUNTY DISTRICT COURT**OUNTY DISTRICT COURT
Seventh Judicial District MBER: 2010-CR-000938
Judicial Center, 111 E. 11ᵗʰ St.
Lawrence, Kansas 66044-2966

2019 DEC ?! P b: 46



STATE OF KANSAS,
    Plaintiff,

v.                                                          Case No. 2010-CR-938

DONALD L. BROWN II,
    Defendant

## ORDER DENYING
## DEFENDANT'S MOTION TO CORRECT ILLEGAL SENTENCE,
## MOTION FOR JUDGMENT ON THE PLEADINGS AND MOTION TO APPOINT
## COUNSEL

Before the court are several post-sentencing motions filed *pro se* by Defendant
Donald L. Brown II, in his criminal case in which he pled guilty to three counts of rape,
three counts of sodomy and two counts of indecent liberties with a child. And this court,
having reviewed the official court file, including the mandate from the Kansas Court of
Appeals affirming this court's denial of Defendant's motion to withdraw his plea, and
being well and fully advised therein, this court finds that all outstanding motions in this
case should be denied.

### Findings of Fact

1. In June, 2010 Defendant Donald L. Brown II was charged in Douglas County
   District Court with three counts of rape, three counts of sodomy and two counts
   of aggravated indecent liberties with a child.
2. On August 17, 2010, at his arraignment, Defendant Brown attempted to enter
   guilty pleas before this court to take advantage of the fact that the information did
   not contain his date of birth, which would have precluded the application of
   Jessica's Law at sentencing.

1



3. This court did not accept Defendant's plea when he failed to provide a factual basis to support the plea.
4. The State subsequently amended the information to include Defendant's date of birth.
5. On January 7, 2011 Defendant pled guilty to all counts in the amended information. At this plea hearing, the State orally amended the previously amended information to correct the dates of the commission of the crimes, to reflect the original charged time frames of June 1, 2008 to May 1, 2010.
6. Six months after Defendant was sentenced in this case, he filed a *pro se* motion to withdraw his plea. Counsel was appointed and a hearing held. Defendant claimed his original defense counsel had been ineffective.
7. This court denied Defendant's motion to withdraw his plea.
8. On November 8, 2012 Defendant while still represented by counsel, filed a *pro se* motion to arrest judgment pursuant to K.S.A. 22-3503 and a motion for transcripts.
9. On November 20, 2012, Defendant, through counsel, filed a notice of appeal as to this court's ruling on his motion to with draw his plea. On April 26, 2013 Defendant filed a *pro se* motion for appointment of counsel to represent him on his motion to arrest judgment.
10. On March 21, 2014 the Kansas Court of Appeals issued an opinion affirming this court.

## Conclusions of Law

Defendant continues to make the same argument in new motions filed but with different titles. These issues were previously ruled upon.

As there is no merit to his motion to correct illegal sentence, and no merit to his motion for judgment on the pleadings, Defendant's motion for a court-appointed attorney to represent him is denied.

IT IS SO ORDERED.

_____
Peggy C. Kittel
District Judge

CC: District Attorney; Defendant Donald L. Brown II

2