99897 SAGUARO CORRECTIONAL CENTER

Mr. Donald Brown
1252 E Arica Rd
Eloy, AZ 85131



PHOENIX AZ 852

02 JUL 2020 PM 9 L

UNITED STATES DISTRICT COURT
JUDGE: SAM A. CROW & CLERK OF THE COURT
444 S.E. QUINCY ROOM 490
TOPEKA KANSAS 66683

LEGAL MAIL

**RECEIVED**

JUL 06 2020

CLERK U.S. DIST. COURT
TOPEKA, KANSAS

MAILED FROM
SAGUARO CORRECTIONAL CENTER

The facility is not responsible for the substance or contents.

66683-358799