IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

DONALD L. BROWN, II

    Petitioner,

V.

                                                               Case No.19-3036-SAC

ROGER WERHOLTZ

    Respondent.

_____

## MOTION FOR A STAY

    **APPEAR NOW** Petitioner, Donald L. Brown II, pro se, and respectfully request this honorable court to stay, this Habeas Corpus, Under 28 U.S.C. 2254 (b)1(A)" Petitioner must exhust all available state remedies." The petitioner has filed the following motion in the Kansas, Douglas County District Court. See attached Motion "Motion of Proclamation of Innocence". The Petitioner believes this is the only outstanding possible remedie that remains.

This Petitioner requests, this stay remains in affect untell the following :

    1) The Kansas, Douglas County Court, has rendered it's decision/oppinion in case # 10Cr938, as it relates to the attached motion, and or

    2)The Kansas Court, Grants appeal & appoints appeallate counsel to profect the appeal of the attached motion, And or

    3) Throughtout any appeal with in the Kansas court system, and or

    4) The Kansas Court has denied the petitioner/ Defendant an Appeal of the attached motion.

    **Wherefore,** the Petitioner, requests the granting of this motion for a stay, untell the preset counditions have been meet/reached and the petitioner has no farther avilable state remedies that he knows of with in the Kansas court system.

                                                Humble & respectfully submitted Via electronic filing,
                                                DONALD L. BROWN II

                                                */s/ Donald L. Brown II*

                                                Donald L.BrownII   KDOC_court_file_ecf@ks.gov