In The

# United States District Court
## District of Kansas

**Donald L. Brown, II,**
       **Petitioner,**

  v.

**Roger Werholtz,**
       **Respondent.**

**Case Number 19-3036-SAC**

# Response to Motion to Stay

**Appears Now** Respondent, by and through counsel, Kristafer R. Ailslieger, Deputy Solicitor General for the State of Kansas, and in response to Petitioner's Motion to Stay Proceedings filed on September 29, 2021 (Doc. 17), advises that Respondent does not oppose said motion.

Petitioner asserts that he has initiated an action in state court challenging his convictions. As a matter of federal-state comity, federal courts should not entertain habeas corpus petitions of prisoners in state custody until they have exhausted available state remedies. *Picard v. Connor*, 404 U.S. 270, 275, 92 S.Ct. 509, 30 L.Ed.2d 438 (1971). Ordinarily, counsel for Respondent would suggest that dismissal without prejudice is the more appropriate action, but by counsel's calculations, dismissal would likely result in any subsequently filed petition being

1

outside the applicable statute of limitations.  Therefore, Respondent does not oppose a stay in this matter.

                Respectfully submitted,

                OFFICE OF KANSAS ATTORNEY GENERAL
                DEREK SCHMIDT

                /s/ *Kristafer R. Ailslieger*
                Kristafer R. Ailslieger (KS# 19626)
                Deputy Solicitor General
                120 SW 10th Avenue
                Topeka, KS 66612-1597
                Phone:  785/296-2215
                Fax: 785/291-3875
                Kris.Ailslieger@ag.ks.gov

**Certificate of Service**

      I hereby certify that on this 6th day of October, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I placed one (1) copy of the above and foregoing Response in the State mail system, outgoing on October 6th, 2021, to be deposited with the United States Postal Service (USPS), postage prepaid, for first class mail, with delivery to the following:

**Donald Brown, II, #99897**
**Ellsworth Correctional Facility**
**PO Box 107**
**Ellsworth, Kansas  67439**

                /s/ *Kristafer R. Ailslieger*
                Kristafer R. Ailslieger
                Deputy Solicitor General